THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Johnny Harris, Jr.,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No.2003-UP-520 
Submitted July 1, 2003  Filed August 27, 2003 

AFFIRMED

 
 
 
Stephen D. Schusterman, of Rock Hill, for Appellant
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Senior Asst. Attorney General Harold M. Coombs, Jr., all of Columbia;  and Solicitor 
 Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  In May 2002, Harris pleaded 
 guilty to one count of possession of crack cocaine with intent to distribute, 
 first offense, during guilty plea proceedings in which the trial court found 
 Harris made the guilty plea freely, voluntarily, and intelligently.  The court 
 accepted Harriss guilty plea on the charge.  Harris appeals, arguing the trial 
 court erred in admitting his plea because he did not make it intelligently. 
 We affirm [1] pursuant to Rule 
 220(b)(1), SCACR, and the following authorities:  Boykin v. Alabama, 
 395 U.S. 238 (1965) (holding that to find a guilty plea is voluntarily and knowingly 
 entered into, the record must establish the defendant had a full understanding 
 of the consequences of his plea and the charges against him);  State v. McKinney, 
 278 S.C. 107, 292 S.E.2d 598 (1982) (holding that absent a timely objection 
 during the guilty plea proceeding, the unknowing, involuntary, or unintelligent 
 nature of a guilty plea cannot be raised on direct appeal, but must instead 
 be addressed through the more appropriate channel of post-conviction relief).
AFFIRMED.
GOOLSBY, BEATTY, and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCAR.